Mark S. Horoupian (CA Bar No. 175373)
  *mhoroupian@sulmeyerlaw.com*
David J. Richardson (CA Bar No. 168592)
  *drichardson@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for DiaDan Holdings, Ltd., a Nova Scotia Limited Company

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIADAN HOLDINGS, LTD., a Nova Scotia Limited Company,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY MORTGAGE LENDERS, INC., AND DOES 1 THROUGH 10,<br><br>    Defendants. | Case No. 2:17-cv-04410-MWF<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS DISTRICT COURT ACTION<br><br><u>Hearing On Motion To Dismiss</u>:<br><br>Date: June 4, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Michael W. Fitzgerald<br>Court: 350 West First Street<br>         Courtroom 5A<br>         Los Angeles, CA 90012<br><br>Complaint filed June 14, 2017 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ALS\ 2626294.1

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS DISTRICT COURT ACTION

This Court having reviewed the *Stipulation To Dismiss District Court Action* filed on May 15, 2018 ("Stipulation"), and for good cause:

**IT IS ORDERED THAT:**

1. The Stipulation is granted;

2. The DiaDan Action is dismissed with prejudice; and

3. The hearing on the Motion to Dismiss set for June 4, 2018, at 10:00 a.m. is hereby taken off calendar.

IT IS SO ORDERED.

Dated: May 16, 2018   DATED:

_____
UNITED STATES DISTRICT JUDGE